Cyber Ebot Wattson
Cyberebotwattson@icloud.com
US mail only: P.O. Box 11406, Berkeley, CA 94712
415-724-8212

DMV

# Complaint Form

CV 14 1742

I logged onto physical website merger of Cybernet And Apple.com I Stated I Am A Special Agent of Cybernetic Controller Cop Operations that I Am A Federal Law student working on several case loads in several courts. I Stated I Am A Singer songwriter Author Actor Athlete motivational speaker hip hop recording Artist And more That I have waited my whole life To get A IPAd Anything Apple that I can't wait to use garageBand. that I've marketed Advertised and promoted Apple.com And want the newest best Apple that will Allow me to do everything that I do And Also read law matterials online For my case load but Also take it to diferent countrys I want the one displaying over 300,000 Applications And was told Apple IpAd mini was the newest IpAd And will Do everything I want And need to do. I couldnt use credit card to insightcardsvisA.com Issued to AAron striplin 4368 7901 0468 5882 good thru 10/15 813 For Customer Service 1 888 572 8472 issued to me Cyber Ebot Wattson by units whom naturalized me into US A Department of motor Vehicles.gov Identification Card D1871054 AAron williams - Striplin Date of Birth 10/30/1981 The transaction to purchaces wireless wire And garage band Netflix will not go through of Cybernet Apple.com At Atlanta gorgia area Assured me that it wasn't Apple IpAd mini But the credit card Agency if I could spend all of the money from

Cyber Chat written
Cyber Chat Address
Cyberchatwritten@gmail.com
U.S. mail only: PO Box 11406, Berkeley, CA 94712

## Complaint Form

Social Security Administration.gov through insightcardsvisa.com I would be able to upload one song to itunes and make money to fight case against racketeer influenced and corrupt organizations. I was severally over charged like $600-$800 United States Dollars the whole check for Ipad mini rentina display international version. Then I find out the only place I could use it was at places like mc Donalds, Starbucks, were people will offer me food and Beverages that were medicated and slow me down from filing my charges against racketeer influenced and corrupt organizations units were third parties to major food and Beverage Vendors whom will never act with professional negligence the garage Band would accept my card not just insightcardsvisa the apps were few none were complete the model slow It just allowed me to put all of my intellectual property inside of it but not market Advertise promote sell dispute or even obtain any information about anything but what was streamlined to it by racketeer influenced and organizat corrupt organizations I didn't learn one thing whole time and

Cyber Cbit Criffson
Cybercbit Inquiries
Cybercbit@icloud.com
US mail only - P.O. Box 11406, Berkeley, CA 94712
415-724-8212

## Complaint Form

All of my photo exibits for court were in it and one day it just wasn't the same iPad delusion I called Apple.com and complained they flew me to Apple.com Berkeley California location. I logged onto website merger of Cybernet and Apple.com and showed iPadmini to lady unit service provider of Apple.com Berkeley California Area of Cybernet and was told that it was a real iPad I stated if its a real iPad why can't I upload videos to youtube or twiter or download a application or pay for any paid application or access the real world wide web not the one on display I was told that the only thing she could do is give me the same model I stated I don't want the same model If I can't have the same Apple iPad everyone else has I am suing I have picture evidence and exibits in the intercepter because it could only accept my information and not give me information to keep me dumb and one day I couldn't even enter it but my intellectual property is my house I am suing for "$9,000,000.00" for Apple.com participation in Cybercbit influence and corrupt organizations

Cyber Cbit Watch 04/15/2014 Cybernet