United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYBER EBOT WATTSON, | No. C-14-01742 DMR |
| Plaintiff(s), | **ORDER TO SUBMIT COMPLETED IFP APPLICATION** |
| v. | |
| APPLE.COM, | |
| Defendant(s). | |
| _____/ | |

    Plaintiff Cyber Ebot Wattson filed this action and an application to proceed in forma pauperis ("IFP") on April 16, 2014. [Docket Nos. 1, 2.] However, Plaintiff's IFP application is incomplete. Plaintiff indicated in response to question 5 that he owns a home and does not have a mortgage, but did not provide the estimated market value of his home, instead noting that it is "unappraised." Plaintiff must submit an answer to the question of the estimated market value of his home, and the court will accept an estimate from a reputable internet-based appraisal tool. In addition, Plaintiff indicated that he receives $840 per month in government benefits, and lists $840 as the amount of his monthly expenses in each of four categories. The court construes Plaintiff's responses to mean that his monthly benefits payment covers his expenses in those categories, but if this assumption is incorrect, Plaintiff shall so state. Therefore, Plaintiff is hereby ordered to file a

**completed** IFP application or pay the filing fee by no later than **May 8, 2014.**  Failure to comply with this order may result in the dismissal of this action.

IT IS SO ORDERED.

Dated:  April 24, 2014



_____
DONNA M. RYU
United States Magistrate Judge

United States District Court
For the Northern District of California